**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 17, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
LUC BURBON, ON BEHALF OF HERSELF AND            :
ALL OTHERS SIMILARLY SITUATED                   :   Case No.: 1:18-CV-04634
                                                :
                    Plaintiffs,                 :
                                                :   **STIPULATION OF**
        - against -                             :   **DISMISSAL WITH**
                                                :   **PREJUDICE**
                                                :
EDWARD D. JONES & CO., L.P.,                    :
                                                :
                    Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: September 10, 2018

_____            _____
Joseph H. Mizrahi                    Lewis S. Wiener

**COHEN & MIZRAHI LLP**               **EVERSHEDS SUTHERLAND (US) LLP**
300 Cadman Plaza West, 12th Floor    700 Sixth Street, NW, Suite 700
Brooklyn, NY 11201                   Washington, DC 20001
Tel: (929) 575-4175                  Tel: (202) 383-0140
Joseph@cml.legal                     lewiswiener@eversheds-sutherland.com

Attorneys for Plaintiff              Attorneys for Defendant


Dated:    September 17, 2018         SO ORDERED.
          New York, New York

                                     *Katherine Polk Failla*

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE